PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Joel Devon Artis                                    Docket No. 5:12-MJ-1038-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting an official report upon the conduct of defendant, Joel Devon Artis, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, NC, on the 20th day of January, 2012, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina and with approval of the supervising officer

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- Shall consent to a warrant less search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Joel Devon Artis
Docket No. 5:12-MJ-1038-1
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During the pretrial interview, Mr. Artis admitted to a history of marijuana and cocaine use. Based upon this information, the probation office believes that drug testing the defendant would be beneficial. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that his conditions of release be modified by adding the following additional condition:

- The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will inlcude urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Julie Wise Rosa
Julie Wise Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8660
Executed On: February 2, 2012

**ORDER OF COURT**

Considered and ordered this 2nd day of February, 2012, and ordered filed and made a part of the records in the above case,

Robert B. Jones, Jr.
U.S. Magistrate Judge